IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TERRY JOHNSON | * | |
| | * | |
| | * | |
| v. | * | Civil No. – JFM-11-2944 |
| | * | |
| DEPARTMENT OF DEFENSE, ET AL. | * | |
| | ****** | |

## MEMORANDUM

Plaintiff has instituted this *pro se* action against the Department of Defense, Daniel Born, Leonard Solomon, Leanne Millious, Robert Pace, and Mark Richardson. She claims that the five individual defendants were involved in an assault against her while she was visiting Millington Naval Base in Millington, Tennessee.

Defendants have moved to transfer this action to the Western District of Tennessee under 28 U.S.C. §1404(a). Defendants note that the cause of action allegedly arose in that District and that almost all witnesses reside in that District.

Plaintiff has opposed the motion on the ground that her health does not permit her to travel to Tennessee. However, the physicians notes that are attached to her opposition are not under oath and, in any event, there is no indication that going to Tennessee would endanger her health or physical well-being. Under these circumstances defendants' motion to transfer will be granted. *See Cohen v. State Farm & Cas. Co.*, 2009 U.S. Dist. LEXIS 77758, *14-15 (E.D. Cal. Aug. 13, 2009).

1

A separate order granting defendants' motion and transferring this action to the Western District of Tennessee is being entered herewith.

Date:   February 3, 2012          /s/
                                  J. Frederick Motz
                                  United States District Judge